NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN-PIERRE BANEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF JUSTICE,**
*Intervenor.*

---

2010-3097

---

Petition for review of the Merit Systems Protection Board in case no. DA1221090479-W-1.

---

## ON MOTION

---

## ORDER

John-Pierre Baney moves for leave to proceed in forma pauperis. The Merit Systems Protection Board moves to stay the briefing schedule until Baney pays the docketing fee or is granted leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Baney's motion for leave to proceed in forma pauperis is denied. Baney must pay the $450 fee within 14 days of the date of filing of this order or the petition for review will be dismissed.

(2) The Board's motion to stay proceedings is granted. The briefs of the Board and the Department of Justice are due within 21 days of the date Baney pays the fee.

FOR THE COURT

SEP 1 0 2010                    /s/ Jan Horbaly

Date                            Jan Horbaly
                                Clerk


cc: John-Pierre Baney
    Stephanie Conley, Esq. (copy of Baney's informal brief enclosed)
    Courtney S. Mcnamara, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK